UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Louri Boilard,
        Plaintiff,

v.                                                      Civil No.   08-CV-402

James O'Mara, Jr., as Superintendent
        of the Hillsborough County Jail;
Dr. Charles Ward, as medical director of
        the Hillsborough County Jail;
                Defendants.

**Order**

Upon consideration of the *Assented-to Motion to Appoint James Beck, M.D.,*

*to Examine Plaintiff and Make a Report to the Magistrate*, the court hereby appoints Dr.

Beck under Rule 706 and directs counsel for plaintiff to deliver this order to Dr. Beck

forthwith, informing Dr. Beck of the following:

Ms. Boilard is an inmate at the Hillsborough County jail.

There is a dispute between the parties over what, if any, mental health treatment

Ms. Boilard needs.

Please evaluate Ms. Boilard on Monday October 27 (or as soon thereafter as

possible), and be prepared to make an oral report to the court, in open court and subject to

questioning by counsel, of your findings and recommendations.

Dated: 10/27/08

James Muirhead, Magistrate Judge